NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARRY J. JOHNSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7091

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1164, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

ZACHARY M. STOLZ, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, Rhode Island, argued for claimant–appellant. With him on the brief was THOMAS R. BENDER. Of counsel on the brief was CHRISTOPHER J. CLAY, Disabled American Veterans, of Cold Spring, Kentucky. Of counsel was ROBERT V. CHISHOLM, Chisholm Chisholm & Kilpatrick, ltd., of Providence, Rhode, Island.

MICHAEL P. GOODMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Depart-

ment of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and SCOTT D. AUSTIN, Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and CHRISTINA L. GREGG, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was LARA EILHARDT, Attorney.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2014                     /s/ Daniel E. O'Toole
     Date                              Daniel E. O'Toole
                                       Clerk of Court